PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -9 AM 6:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

__U.S.A. vs. Cecil Raymond Ferguson__        Docket No. _____2:91CR20024-02_____

## Petition on Probation and Supervised Release

**COMES NOW** __Michelle R. Sims__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Cecil Raymond Ferguson__ who was placed on supervision by the Honorable __Jerome Turner__ sitting in the Court at __Memphis, TN__, on the __4th__ day of __October__, __1991__, who fixed the period of supervision at __six (6) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

\*      Supervised Release began: January 21, 2003

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Cecil Raymond Ferguson submitted to a drug screen on July 28, 2005; it returned with a positive result for Cocaine use. The defendant has also admitted to the use of cocaine and has signed a Waiver of Hearing to Modify the Conditions of Supervision to include drug testing/treatment if ordered by the Court.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's conditions of supervision be MODIFIED to include drug testing and treatment.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __8th__ day __August__, 20__05__ and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _Michelle Sims_<br>Michelle Sims<br>United States Probation Officer<br><br>**Place:** Memphis, TN<br><br>**Date:** August 3, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8-9-05__

75

# United States District Court

WESTERN District TENNESSEE

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
You shall participate in a program which may include inpatient
therapy for treatment of drug/alcohol dependency. You shall
also abstain from the use of drugs/alcohol during and after the
course of treatment.
```

Witness: _Michelle R. Sims_
U.S. Probation Officer
Michelle R. Sims

Signed: _Cecil R. Ferguson_
Probationer or Supervised Releasee
Cecil R. Ferguson

August 3, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:91-CR-20024 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT